```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 10824
   ETHEL L SMITH
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2460


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/18/2007 and was confirmed 08/02/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  UNSEC W/INTER   2862.90              .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG       .00              .00            .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER NOT FILED              .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER NOT FILED              .00            .00
CREDIT PROTECTION ASSOC   UNSEC W/INTER NOT FILED              .00            .00
F&W LLC                   UNSEC W/INTER NOT FILED              .00            .00
NCO-MEDCLR                UNSEC W/INTER NOT FILED              .00            .00
NCO-MEDCLR                UNSEC W/INTER NOT FILED              .00            .00
OSI COLLECTION SERVICE    UNSEC W/INTER NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   2696.89              .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER   3882.01              .00            .00
WEST ASSET                UNSEC W/INTER NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER    433.04              .00            .00
AMERICAS MORTGAGE SERVIC  NOTICE ONLY   NOT FILED              .00            .00
SBC                       UNSEC W/INTER    380.26              .00            .00
AT&T                      UNSEC W/INTER    147.11              .00            .00
CITY OF CHICAGO WATER DE  SECURED          600.00              .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER   5771.03              .00            .00
AMERICAS SERVICING CO     MORTGAGE ARRE       .00              .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER    121.40              .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    370.83              .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER       .00              .00            .00
JEFFREY D THAV            DEBTOR ATTY    3,060.00                             .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00


     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00


             PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 10824 ETHEL L SMITH
```

```
PRIORITY                                                                  .00
SECURED                                                                   .00
UNSECURED                                                                 .00
ADMINISTRATIVE                                                            .00
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                             .00
                                      ---------------     ---------------
TOTALS                                            .00                 .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 02/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```